MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA CABRAL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC, a California corporation,<br><br>Defendant. | Case No.: 2:12-cv-1297<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Defendant, MIDLAND CREDIT MANAGEMENT, INC. is hereby voluntarily dismissed from the above-entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i). The matter has settled, and Defendant has not filed any responsive pleading in this matter and has not incurred any filing fees. As such, this action is now dismissed in its entirety.

DATED this 28th day of February 2013.

**THE BOURASSA LAW GROUP, LLC**

*/s/ Mark J. Bourassa*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed this _28th_ day of February 2013, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this _28th_ day of February 2013 as follows:

J. Grace Felipe
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045

An employee of
The Bourassa Law Group, LLC